772 A.2d 456

**Dwayne ANDERSON, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, Appellee.**

**No. 57 W.D. Appeal Docket 2000.**

Supreme Court of Pennsylvania.

June 5, 2001.

***ORDER***

PER CURIAM:

**AND NOW,** this 5th day of June, 2001, probable jurisdiction is noted and the order appealed is affirmed.